**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

THOMAS E. LANE                                                              **PLAINTIFF**

V.                                            CIVIL ACTION NO. CI-2024-00001-JR

WAL-MART, INC., d/b/a
SAM'S CLUB FACILITY NO. 8271 and
JOHN DOES I - V                                          **DEFENDANT**

**FILED MADISON COUNTY JAN 04 2024 ANITA WRAY, CIRCUIT CLERK BY Christina Luckett D.C.**

---

### COMPLAINT
### JURY TRIAL DEMANDED

---

COMES NOW THOMAS E. LANE, by and through counsel, and files this Complaint against Wal-Mart, Inc., d/b/a Sam's Club Facility No. 8271, and in support thereof would respectfully show unto the Court the following:

**Parties**

**1.**

Plaintiff THOMAS E. LANE is an adult resident citizen of West Point, Clay County, Mississippi.

**2.**

Defendant Wal-Mart, Inc., Wal-Mart Stores, Inc. (d/b/a Sam's Club Facility No. 8271) is a foreign corporation existing according to the laws of the State of Arkansas, whose principal office address is 702 SW 8th Street, Bentonville, AR 72716. Process may be served on Defendant by delivery of the summons and complaint to C.T. Corporation System, its registered agent, whose address is 645 Lakeland Drive East Dr., Suite 101, Flowood, Mississippi 39232, as authorized by Rule 4 of the Mississippi Rules of Civil Procedure or any other applicable law or rule governing the issuance and service of process.



**EXHIBIT A**

**3.**

The true, correct and complete names of defendants, stated fictitiously as John Doe Defendants I through V are unknown to Plaintiff. When the true, correct and complete names of Doe Defendants are ascertained, Plaintiff will seek leave of court to amend his pleadings, and effect service of process in accordance with applicable rules.

**Jurisdiction and Venue**

**4.**

This Court has jurisdiction over this proceeding and pursuant to the provisions of Miss. Code Ann. §11-11-3 (1972, as amended), this Court is an appropriate venue in that the cause of action occurred or accrued in Madison County, Mississippi.

**Facts**

**5.**

At all times material Wal-Mart, Inc., was participating in the open solicitation of business as a retail store under the name of Sam's Club Facility No. 8271 in the City of Madison, Mississippi.

**6.**

On November 12, 2022, Plaintiff Lane was a paying business guest, patron and business invitee of Defendant.

**7.**

At approximately 5:00 p.m. Plaintiff and his daughter, Demetre Lane, arrived at Sam's Club Facility No. 8271 for the purpose of shopping. Plaintiff's daughter, Demetre, entered the store first, while Plaintiff was waiting in the car. After sitting in the car, Plaintiff decided to enter Sam's Club Facility No. 8271 to look for a laptop computer for his wife. After entering the store and looking

at a display of computers, Plaintiff began to look for Demetre. Plaintiff saw her walking in the store pushing a shopping cart. Plaintiff and his daughter walked toward each other, met, engaged in conversation and decided they would meet at the front of the store after they finished shopping.

Plaintiff then turned to walk toward the fruit section of the store. While walking toward the fruit section, Plaintiff observed a small group of two to three people he believed to be employees to his right. While continuing to walk, Plaintiff's foot slid forward causing him to fall toward the floor as if he was doing a split. After falling, Plaintiff looked at the floor, where he saw smudges and what appeared to be fruit. Plaintiff sustained injuries to his back, knees, and hips among other areas.

**8.**

Defendant was negligent in that it failed to adequately supervise and manage the store employees along with the following:

(a) Failed to properly inspect and maintain the store aisles to ensure the premises were free from defective conditions;

(b) Failed to properly instruct store employees on how to properly maintain the premises;

(c) Failed to make regular and periodic checks to assure the aisles of the store were kept free of foreign substances; and

(d) Failed to remove the foreign object from the floor.

**9.**

Defendant Wal-Mart, acting through its agents and employees, created an unreasonably dangerous, unsafe and hazardous environment for its business invitees and patrons by negligently failing to keep its business premises in a reasonably safe condition.

**10.**

Other acts or omissions constituting negligence of Defendant, despite having actual and/or constructive knowledge, include:

(a)  Failing to eliminate an unreasonably dangerous, unsafe and hazardous condition on its business premises before a business invitee slipped and fell;

(b)  Failing to maintain a safe and hazard free business premises; and

(c)  Failing to warn Plaintiff of the unreasonably dangerous, unsafe and hazardous condition of its business premises prior to Plaintiff's fall.

**11.**

As a direct and proximate result and consequence of the negligence of Defendant, Plaintiff Lane suffered bodily injuries, pain and suffering, emotional distress, loss of enjoyment of life and other damages of a continuing nature.

**12.**

As a direct result and consequence of said injuries so received by reason of the negligence of Defendant, Plaintiff Lane became incapacitated from working thereby causing an irreparable reduction in his earning capacity.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff THOMAS E. LANE, demands judgment from Defendant for actual and compensatory damages in an amount in excess of the minimum jurisdictional limits of this Court, plus applicable costs and pre-and post-judgment interest.

Respectfully submitted,

**THOMAS E. LANE, PLAINTIFF**

By: _____

**ANGELA TURNER FORD**
**MS BAR NO. 100187**

**ATTORNEY FOR PLAINTIFF**

**OF COUNSEL:**
**TURNER LAW OFFICES, P.L.L.C.**
**POST OFFICE DRAWER 1500**
**WEST POINT, MISSISSIPPI 39773**
**TELEPHONE (662) 494-6611**
**FACSIMILE (662) 494-4814**
**email: angela@bturnerlaw.com**

-5-

# TURNER LAW OFFICES, P.L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
WEST POINT, MISSISSIPPI 39773-1500

| MAIL | TELEPHONE | FACSIMILE |
|---|---|---|
| P.O. DRAWER 1500 | (662) 494-6611 | (662) 494-4814 |

December 28, 2023

Ms. Anita E. Wray
Circuit Clerk of Madison County
P.O. Box 1626
Canton, Mississippi 39046

*RE:*   *Thomas E. Lane v. Wal-Mart, Inc., d/b/a Sam's Club Facility No. 8271 and John Does I through V; In the Circuit Court of Madison County, Mississippi*

Dear Ms. Wray:

Enclosed for filing please find the following documents:

1. Civil Cover Sheet;
2. Complaint - Jury Trial Demanded;
3. Summons (4); and
4. Firm Check No. 1412.

Please file the complaint in the usual manner, issue the summonses, and return a copy of the first page of the complaint and the summonses using the self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely yours,

TURNER LAW OFFICES, P.L.L.C.

Angela Turner Ford

*Enclosures*
cc:   Mr. Thomas E. Lane

T L O

**452 EAST STREET**

RECEIVED
JAN 03 2024
By_____

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Madison County

THOMAS E. LANE VS. WAL-MART D/B/A SAM'S CLUB FACILITY #8271

Case # CI-2024-00001     Acct #          Paid By CHECK 1412        Rct# 102602
--------------------------------------------------------------------------------
```
            CV CLERK'S FEE                                85.00
            CV LAW LIBRARY                                 2.50
            CV COURT REPORTER TAX                         10.00
            CV COURT EDUCATION                             2.00
            CV COURT ADMINISTRATOR                         2.00
            CV CIVIL LEGAL ASSISTANCE FUND                 5.00
            CV COMPREHENSIVE ELECTRONIC CT                10.00
            CV JURY TAX                                    3.00
            CV CONSTITUENTS FE                              .50
            CV RECORDS MANAGEMENT PROGRAM                  1.00
            CV-JUDICIAL SYS OPERATION FUND                40.00
```

                                                    ===========
                                        Total   $      161.00
--------------------------------------------------------------------------------

Payment received from TURNER LAW OFFICES PLLC


Transaction  115016 Received  1/ 4/2024 at 10:27 Drawer   1 I.D. CLUCKETT

Current Balance Due         $0.00                Receipt Amount $     161.00


  By _____D.C.   ANITA WRAY, Circuit Clerk


Case # CI-2024-00001     Acct #          Paid By CHECK 1412        Rct# 102602