UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS E. LANE, et al.                                                                PLAINTIFFS

V.                                         CIVIL ACTION NO. 3:24-CV-161-KHJ-MTP

SAM'S EAST, INC., et al.                                                              DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant Sam's East, Inc. The Court dismisses Plaintiffs Thomas E. Lane and Linda Lane's claims with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 21st day of April, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE